IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-mj-00010-GJR-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRYAN J. WATTS,

    Defendant.

---

### ORDER TO EXTEND PERIOD OF SUPERVISION

---

    This matter is before the Court upon report of the probation officer that the defendant has not paid the restitution ordered in full and having conferred with defense and government counsel, the probation officer reports that they are in agreement that the defendant's period of supervision be extended by six (6) months, from December 25, 2008 to June 25, 2009. Accordingly,

    IT IS ORDERED that the defendant's period of supervision be extended by six (6) months, from December 25, 2008 to June 25, 2009.

    DATED at Grand Junction, Colorado, this 19th day of December, 2008.

BY THE COURT:

_____
GUDRUN RICE
United States Magistrate Judge